UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ALAN PRICHARD,** | **2:20-CV-12844-TGB-CI** |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| **MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan:  May 31, 2023.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE